58 A.3d 733

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. JOSE A. KOVACS, DEFENDANT–PETITIONER,

July 14, 2011.

ORDERED that the petition for certification is granted and the matter is summarily remanded to the Appellate Division for reconsideration in light of *State v. McLean*, 205 *N.J.* 438, 16 *A.*3d 332 (2011).